## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

Minnie Frances Wright
and

      Debtor(s)

CASE NO.: 08-10243-RLJ-13

HEARING DATE: October 28, 2013
HEARING TIME: 11:00 AM

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

   A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

   B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

   C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

   D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

   E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Minnie Frances Wright
Debtor

/s/
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON October 29, 2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON October 30, 2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: September 11, 2013

/s/Monte J. White
Attorney for Debtors

```
Label Matrix for local noticing        United States Trustee              306 Federal Building
0539-1                                  1100 Commerce Street               1205 Texas Avenue
Case 08-10243-rlj13                     Room 976                           Lubbock, TX 79401-4037
Northern District of Texas              Dallas, TX 75242-0996
Abilene
Fri Sep 20 12:12:48 CDT 2013

Abilene Physicians Group                Brownwood Reg Med Center           (p)CAPITAL ONE
PO Box 5645                             PO Box 760                         PO BOX 30285
Abilene, TX 79608-5645                  Brownwood, TX 76804-0760           SALT LAKE CITY UT 84130-0285

Capital One                             Ccb Na                             Chevron-Texaco
PO Box 650007                           Pob 5010 Room 1242                 P.O. Box 5010
Dallas, TX 75265-0007                   Concord, CA 94524-0010             Concord, CA 94529-0010

Citgo                                   Citgo-Citi                         City of DeLeon
PO Box 688924                           PO Box 6003                        Tax Office
Des Moines, IA 50368                    Hagerstown, MD 21747-6003          PO Box 127
                                                                           DeLeon, TX 76444-0127

Comanche County                         Comanche County Tax Assessor       Conoco
CO Michael Reed                         Gay Horton Green                   PO Box 689058
P O Box 1269                            101 W. Central                     Des Moines, IA 50368-9058
Round Rock, TX 78680-1269               Comanche, TX 76442-3293

Conoco                                  DSRM National Bank                 De Leon ISD
PO Box 9140                             PO Box 300                         c/o Michael Reed
Des Moines, IA 50306-9140               Amarillo, TX 79105-0300            P O Box 1269
                                                                           Round Rock, TX 78680-1269

De Leon ISD                             First National Bank                First Premier Bank
CO Michael Reed                         PO Box 440                         P.O. Box 5519
P O Box 1269                            Dublin, TX 76446-0440              Sioux Falls, SD 57117-5519
Round Rock, TX 78680-1269

GE Money Bank                           (p)INTERNAL REVENUE SERVICE        Medical Revenue Services
PO Box 105980                           CENTRALIZED INSOLVENCY OPERATIONS  PO Box 938
Atlanta, GA 30348-5980                  PO BOX 7346                        Vero Beach, FL 32961-0938
                                        PHILADELPHIA PA 19101-7346

Midland Credit Management, Inc.         Midland Credit Mgmt.               NCO Financial Systems, Inc.
Department 8870                         PO Box 939019                      2360 Campbell Creek, Suite 500
Los Angeles, CA 90084-8870              San Diego, CA 92193-9019           Richardson, TX 75082-4453

NORTH STAR CAPITAL ACQUISITIONS LLC     (p)MARLIN MEDCLR INOVISION         PRA Receivables Management LLC
CO Jefferson Capital Systems LLC        507 PRUDENTIAL ROAD                PO Box 41067
PO BOX 7999                             HORSHAM PA 19044-2308              Norfolk, VA 23541-1067
SAINT CLOUD MN 56302-7999
```

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Sams Club<br>PO Box 981064<br>El Paso, TX 79998-1064 | Sears-Citi<br>PO Box 6563<br>The Lakes NV 88901-6563 |
| Shell<br>PO Box 183018<br>Columbus, OH 43218-3018 | Shell-Citibank<br>PO Box 6003<br>Hagerstown, MD 21747-6003 | Ultramar Diamond Shamrock<br>P O Box 740933<br>Dallas,Tx 75374-0933 |
| West Asset Management<br>PO Box 2548<br>Sherman, TX 75091-2548 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | Larry Reed Lewis<br>Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| Minnie Frances Wright<br>340 Humphrey St.<br>De Leon, TX 76444-1625 | Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK -USA, N.A.<br>CO TSYS DEBT MANAGEMENT -M<br>PO BOX 5155<br>NORCROSS, GA 30091 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242 | (d)Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Nco Financial Svcs<br>Po Box 13564<br>Philadelphia, PA 19101 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (u)Comanche County | End of Label Matrix<br>Mailable recipients   40<br>Bypassed recipients   2<br>Total   42 |